# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>**Rebecca Vance**,<br><br>Defendant. | Criminal Case No. **25-cr-00817-RSH**<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 2 and 6 of the Indictment .

Dated:   4/28/2026

*Robert S Huie*

Hon. Robert S. Huie
United States District Judge